IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-570-RAH |
| | ) |
| JOHN A. TINNEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 13, 2025, the Magistrate Judge filed a Recommendation (doc. 15) to which no timely objections have been filed. The Magistrate Judge recommends that this action be dismissed with prejudice. (Doc. 15 at 6.) Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 15) is **ADOPTED**; and,
2. This case is **DISMISSED WITH PREJUDICE**.

**DONE**, on this the 4th day of April 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE